

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| FORD MOTOR COMPANY, | | No. 08-18-00219-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 83rd District Court |
| | § | |
| PETER GARZA, INDIVIDUALLY AND | | of Pecos County, Texas |
| AS NEXT FRIEND OF S.G., A MINOR, | § | |
| AND ON BEHALF OF THE ESTATE OF | | (TC # P-7725-83-CV) |
| STEPHANIE GARZA, TAYLOR | § | |
| GARZA, PETER JAMES GARZA, AND | | |
| JESSE GARZA, DECEASED, AND | § | |
| JIM FISK AND MARY FISK, | | |
| | § | |
| Appellees. | | |
| | § | |

**J U D G M E N T**

The Court has considered this cause on Appellees' motion to dismiss and concludes the motion should be granted and the appeal should be dismissed for lack of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF MAY, 2019.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.